IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY RECTOR,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.12-cv-506-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kelly Rector awarding attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. 2412, in the amount of $7,500.00.

| /s/ | 5/13/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |